IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCUS O. SINGLETON,

    Petitioner,

  v.

                                                                  Case No.   17-cv-898-wmc

DAVID J. MAHONEY,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Marcus Singleton's petition for a writ of habeas corpus and dismissing this case.

| /s/ | 3/5/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |