Notice of Appeal

U.S.C.A. — 7th Circuit
RECEIVED
MAR 12 2021 FI

Marcus O. Singleton

V.                              Case. No. 17-cv-898

Scott Eckstein

Request An Notice of Appeal form Circuit Court order March 5, 2021 And Circuit court order Dismissed with Prejudice Claim Three, four and Five

On 10-11-2018 the circuit court Dismissed with Prejudice petitioner claim of tampering with evidence, Destruction of evidence, and obstructing an offical Court proceeding. The Circuit court claim I didn't state a Constitutional Claim, I petition Singleton being a Laymen and pro se do not understand the proceedure need to have this reverse. Could this court help me out.

Also March 5, 2021 Court order denying My claim of habeas corpus without certification of Appealiblity. I have been told that other circuit court can issue one but I have not understanding of this processe Could this court inform me of the proceedure and my option and time limited for filing both of

Appeal I would be greatful

Respectfully submitted
Marcus Singleton                                March 6 2021